## State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered: March 19, 2015          519077
_____

In the Matter of the Claim of
    DEBORAH HAND,
                  Appellant.

                                        MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                  Respondent.
_____

Calendar Date: January 20, 2015

Before: Peters, P.J., Lahtinen, Garry and Egan Jr., JJ.

_____

Deborah Hand, New York City, appellant pro se.

Eric T. Schneiderman, Attorney General, New York City (Gary Leibowitz of counsel), for respondent.

_____

Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 31, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Lahtinen, Garry and Egan Jr., JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court